# First District Court of Appeal
## State of Florida

_____

No. 1D2022-0837
_____

Ruben Christopher Goodson,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

January 17, 2024

Per Curiam.

Affirmed.

B.L. Thomas, Winokur, and Long, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, John Knowles, Assistant Public Defender, Megan L. Long, Assistant Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.